## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CYNTHIA D. BIGGS EL, | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| FRESENIUS MEDICAL CARE | : | No. 25-cv-6041 |
| NORTH AMERICA, *et al.,* | | |
| *Defendants.* | : | |
| | : | |

## ORDER

**AND NOW**, this **24th** day of **February 2026**, upon consideration of Defendant Sophia Moldavsky's[1] Motion to Dismiss (ECF No. 8), Defendants Michael L. Levin and John R. Fontanilla's Motion to Dismiss (ECF No. 17), and Defendant Stefan T. Tachev's Motion to Dismiss (ECF No. 18), Plaintiff's Motion Not to Dismiss (ECF No. 26), and Plaintiff's Corrected Motion Not to Dismiss (ECF No. 27), it is hereby **ORDERED** as follows:

1. Defendant Moldavsky's Motion to Dismiss (ECF No. 8) is **GRANTED** for the reasons set forth in the accompanying Memorandum Opinion.

2. Defendants Levin and Fontanilla's Motion to Dismiss (ECF No. 17) is **GRANTED** for the reasons set forth in the accompanying Memorandum Opinion.

3. Defendant Tachev's Motion to Dismiss (ECF No. 18) is **GRANTED** for the reasons set forth in the accompanying Memorandum Opinion.

---

[1] The Motion refers to both Sophia Moldovsky and Sophia Moldavsky interchangeably. *See generally* ECF No. 8. However, Counsel's signature block refers to "Sophia Moldavsky." *Id.* at 13. Accordingly, the Court uses this spelling.

4. Plaintiff's Motion Not to Dismiss (ECF No. 26) and Plaintiff's Corrected Motion Not to Dismiss (ECF No. 27) are **DENIED** for the reasons set forth in the accompanying Memorandum Opinion.

The Complaint will be **DISMISSED WITHOUT PREJUDICE** as to Defendants Sophia Moldavsky,  Michael L. Levin, John R. Fontanilla, and Stefan T. Tachev. The Clerk of the Court is **DIRECTED** to terminate these aforementioned Defendants from the docket.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**

2